JOHN A. LYNCH *vs.* ELBRIDGE W. MORSE.

CONTRACT on a warranty contained in a bill of sale of a horse by the defendant to the plaintiff. At the trial in the superior court the plaintiff offered in

---

evidence the bill of sale, dated January 15, 1866, which *Wilkinson,* J., admitted, against the objection of the defendant, although it bore no proper United States internal revenue stamp, and there was no evidence that any stamp had ever been affixed to it ; and the defendant alleged exceptions, which were

*C. A. Reed,* for the defendant.

*A. W. Boardman,* for the plaintiff.